```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW SCOBLE, Bar #237432
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAZHAM BROADNAX
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-068-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER;** <br> ) **CONTINUING STATUS CONFERENCE** <br> ) **AND EXCLUDING TIME** |
| RAZHAM BROADNAX, | ) |
| Defendant. | ) Date: October 27, 2011 <br> ) Time: 9:00 a.m. <br> ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for RAZHAM BROADNAX, that the status conference hearing date of October 13, 2011 be vacated, and the matter be set for status conference on October 27, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 27, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 14, 2011.	Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ Matthew Scoble
MATTHEW SCOBLE
Designated Counsel for Service
Attorney for RAZHAM BROADNAX

DATED: October 14, 2011.	BENJAMIN WAGNER
United States Attorney


/s/ Matthew Scoble for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

| | ORDER |
|---|---|
| 1 | |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 13, 2011, status conference hearing be continued to October 27, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 27, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE