1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   AUDREY B. HEMESATH
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>RAZHAM DEMAR BROADNAX,  )<br>  )<br>    Defendant.  )<br>_____) | 2:11-CR-00068 MCE<br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

Based upon the guilty verdict of defendant Razham Demar Broadnax to Counts One, Three, and Four of the Superseding Indictment, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Razham Demar Broadnax's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.  one Smith & Wesson, .38 caliber revolver, Model 60, serial number AAZ2347.

///

///

2.   The above-listed property is a firearm that was involved or used in the knowing commission of a violation of 18 U.S.C. § 922(g)(1).

        3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

        4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

             b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE