1 **Law Offices of RON PETERS**
**Ron Peters (SBN: 45749)**
2 **50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
3 **Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**
4 **Email: ronslaw207@sbcglobal.net**

5
**Attorney for Defendant**
6 **RAZHAM BROADNAX**

7

8 **IN THE UNITED STATES DISTRICT COURT FOR THE**

9 **EASTERN DISTRICT OF CALIFORNIA**

10  | UNITED STATES OF AMERICA, | Case No.2:11-CR-00068 MCE

11 |

12 | Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING**

13 | vs.

14 | RAZHAM BROADNAX,

15

16

17    **IT IS HEREBY STIPULATED** between the United States of America, through its

18 attorney of record, William Wong, Assistant U.S. Attorney; and, the defendant, Razham

19 Broadnax through his attorney, Ron Peters, that the sentencing scheduled for December 13,

20 2012 be continued to January 24, 2013 at 9:00 a.m.

21    The defense will require additional time to address issues regarding factors affecting

22 guideline calculations and defendant's criminal history which will require investigation

23 regarding prior convictions. Additionally the defendant's counsel will be out of the district on

24 the date now set for sentencing.

25    Both parties stipulate that there is a reasonable basis for the continuance due to defense

26 preparation.

27 ///

28 ///

**STIPULATION AND ORDER CONTINUING SENTENCING**

| | | | |
|---|---|---|---|
| 1 | DATE: October 18, 2012 | | Respectfully submitted |
| 2 | | | |
| 3 | | By: | /s/Ron Peters |
| | | | RON PETERS |
| 4 | | | Attorney for Defendant |
| | | | **RAZHAM BROADNAX** |

DATE: October 18, 2012        By:   /s/ William S. Wong
                                     William S. Wong
                                     Assistant U.S. Attorney

# ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, December 13, 2012, to and including January 24, 2013.

IT IS SO ORDERED.

Dated: October 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE